IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESTER PACKER, SR., LESTER PACKER, II, and SHAWN DYROFF, *individually and on behalf of the Glenn O. Hawbaker, Inc. Benefit Plan,*<br><br>            Plaintiffs,<br><br>      v.<br><br>GLENN O. HAWBAKER, INC., BOARD OF DIRECTORS OF GLENN O. HAWBAKER, INC., PLAN ADMINISTRATOR OF THE GLENN O. HAWBAKER, INC. BENEFIT PLAN, and JOHN DOES 1-20,<br><br>            Defendants. | No. 4:21-CV-01747<br><br>(Chief Judge Brann) |

# ORDER

### OCTOBER 25, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Reconsideration (Doc. 36) is **GRANTED**.

2. Plaintiffs' Motion to Supplement the Class Certification Record (Doc. 40) is **GRANTED**.

3. The Court's June 6, 2023 Order certifying the Plaintiff Class remains in effect.

4.	Defendants' Motion to Stay Discovery (Doc. 38) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge