IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESTER PACKER, SR., LESTER PACKER, II and SHAWN DYROFF, *individually and on behalf of Glenn O. Hawbaker, Inc. Benefit Plan*,<br><br>Plaintiffs,<br><br>v.<br><br>GLENN O HAWBAKER, INC., BOARD OF DIRECTORS OF GLENN O. HAWBAKER, INC., PLAN ADMINISTRATOR OF THE GLENN O. HAWBAKER, INC. BENEFIT PLANT, and JOHN DOES 1-20,<br><br>Defendants. | No. 4:21-CV-01747<br><br>(Chief Judge Brann) |

## ORDER

### JANUARY 28, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Glenn O. Hawbaker, Inc., Board of Directors of Glenn O. Hawbaker, Inc., Plan Administrator of the Glenn O. Hawbaker, Inc. Benefit Plan, and John Does motion to compel third party depositions, Doc. 107, is **GRANTED**.

The depositions may proceed with the following instructions: the depositions will be held virtually or at a location within this District; each deposition shall take

no longer than two hours; and Defendants are prohibited from inquiring into pre-deliberative discussions, thoughts, and opinions, instead focusing on the factual information from the investigation that is relevant to the case at hand.

                                          BY THE COURT:

                                          *s/ Matthew W. Brann*
                                          Matthew W. Brann
                                          Chief United States District Judge